IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sheila Smith,                                    :
                                                 :
            Plaintiff(s),                         :
                                                 :        Case Number: 1:11cv745
        vs.                                      :
                                                 :        Chief Judge Susan J. Dlott
Commissioner of Social Security,                 :
                                                 :
            Defendant(s).                         :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge

Stephanie K. Bowman filed on January 7, 2013 (Doc. 20), to whom this case was referred pursuant to

28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing

such objections under Fed. R. Civ. P. 72(b) expired January 25, 2013, hereby ADOPTS said Report and

Recommendation.

Accordingly, the decision of the Commissioner to deny plaintiff DIB benefits is **REVERSED**.

This matter is hereby **REMANDED** under sentence four of 42 U.S.C. § 405(g).

On remand, the ALJ is to obtain testimony from a medical expert in order to reevaluate whether

plaintiff's impairments meet or medically equal the requirements for Listing 1.04A and provide a clear

rationale for each determination.

As no further matters remain pending for the Court's review, this case is **CLOSED.**

IT IS SO ORDERED.


____s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court